**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Sheila Wilson

                              Plaintiff,

v.                                         Case No.: 1:16−cv−08687
                                              Honorable Robert W. Gettleman

Encore Capital Group, Inc., et al.

                              Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Young B. Kim for the purpose of holding proceedings related to: discovery supervision and settlement. (gds) Mailed notice.

Dated: January 18, 2017

                                                                            /s/ Robert W. Gettleman

                                                                        United States District Judge